IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWN I. JAJE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 09-3816 |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 16th day of March, 2010, after careful review and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 6, filed December 1, 2009), Defendant's Response to Request for Review of Plaintiff (Document No. 7, filed December 22, 2009), Plaintiff's Reply to Defendant's Response to Plaintiff's Request for Review (Document No. 8, filed December 23, 2009), and the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated February 24, 2010 (Document No. 17), no objections having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated February 24, 2010, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**; and,

3. The decision of the Commissioner of the Social Security Administration is **REVERSED** and the case is **REMANDED** to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated February 24, 2010.

                                              **BY THE COURT:**

                                          **/s/ Jan E. DuBois**
                                               **JAN E. DUBOIS, J.**